IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PAUL PATRICK JOLIVETTE, JR.,

"Petitioner/Claimant,"

v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

"Respondent(s)."
_____/

No. C 14-80001 MISC RS

**ORDER**

This miscellaneous matter was opened when "petitioner" Paul Jolivette, Jr. submitted a document entitled "Registration of Sister State Judgment." Under 28 U.S.C. § 1963, a judgment for the recovery of money or property entered in any federal district court, bankruptcy court, circuit court of appeals, or in the Court of International Trade may be registered by filing a certified copy of the judgment. The "judgment" Jolivette seeks to register here, purportedly issued by the "Supreme Court of Justice" of the "Shaykamaxum Republic of Amexum" (also described as "The Shaykamaxum Grand/Supreme Court of Altan Amexem Al Moroc N.W."), however, does not fall within the statute, and his documents were filed in error. The matter is dismissed and the file shall be closed.

1  IT IS SO ORDERED.

3  Dated: 1/23/14

                                              RICHARD SEEBORG
                                              UNITED STATES DISTRICT JUDGE