IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL PATRICK JOLIVETTE, JR., | No. C 14-80001 MISC RS |
| "Petitioner/Claimant," | **ORDER** |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| "Respondent(s)." | |

The order entered herein on January 23, 2014 concluded that the initial documents submitted by Paul Jolivette, Jr. had been filed in error, that the matter should be dismissed, and the file closed. Any filings made after that date will not be considered, and the Clerk is directed to accept no further filings in this matter. Any hearings purportedly scheduled will not be held. Without opining as to whether there is any right of appeal, this order does not preclude the filing of a notice of appeal.

IT IS SO ORDERED.

Dated: 2/5/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE