UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-mc-80002-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 4, 2024, Plaintiff Paul Jolivette filed a request to register a judgment. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Richard Seeborg to determine whether it is related to *Jolivette v. The People of the State of California*, No. 3:14-mc-80001-RS.

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
DONNA M. RYU
Chief Magistrate Judge