UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 14-mc-80001-RS<br><br>**ORDER DENYING MOTION TO DISQUALIFY** |

Plaintiff has filed a motion to disqualify "Magistrate Judge Richard Seeborg." Plaintiff contends there is a conflict because he obtained a default judgment against "Magistrate Judge Richard Seeborg" in 2014 in Case No. "CV-2014-02-05-AJ," which does not correspond to any case number in this district and is not otherwise identifiable.

This matter was opened as miscellaneous proceeding in 2014 when plaintiff filed what purported to be a "Registration of Sister State Judgment." *See* Dkt. No. 2. The filing was found to be improper, the matter was dismissed, and the file ordered closed, on January 23, 2014. *Id.* Plaintiff's various subsequent challenges to the dismissal were rejected by the Ninth Circuit and the Supreme Court, with the final Supreme Court order issued on October 4, 2021. *See* Dkt. Nos. 28, 27, 21, 16, 12.

The motion to disqualify has no substantive merit and would be denied on that basis in any event. Because this matter has been closed for a decade, it is also denied as moot.

**IT IS SO ORDERED**.

Dated: February 1, 2024

_____
RICHARD SEEBORG
Chief United States District Judge